# United States Bankruptcy Court
## Eastern District of Virginia
__Norfolk__ Division

**In re:** Jerry-Robinson Bey

**Case Number** 18-72918-FJS

**Debtor(s)**

**Chapter** 7

## ORDER

A hearing was held on November 6, 2018, pursuant to the Order Setting Hearing entered by the Clerk.

☑ The debtor(s) appeared at the hearing.

☐ The debtor(s) did not appear at the hearing.

☐ Counsel for the debtor(s) appeared at the hearing.

For the reasons stated on the record from the bench, the Court ORDERS:

☑ The debtor(s) shall cure the following deficiency(ies) on or before ☐ _____

    ☑ see attached Exhibit A:

**Failure to timely cure each deficiency listed above will result in the above-captioned bankruptcy case being dismissed without further notice or hearing.**

☐ The case is dismissed because the debtor(s) failed to appear at the hearing; and it is further

☐ The case is dismissed; and it is further

**ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ n/a to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report unless property or money was administered.

Date: Nov 8 2018

/s/ Stephen C. St.John
**United States Bankruptcy Judge**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Nov 8 2018

[opursosethrg ver. 07/18]

Exhibit A

The debtor shall attend a rescheduled Section 341 meeting of creditors on the date, time, and at the location set forth in the memorandum to be issued by the Clerk of the Court. The debtor must give notice of the rescheduled Section 341 meeting to all creditors and parties in interest within 7 days of obtaining the rescheduled date.

The deadlines that run from the date of the Section 341 Meeting of Creditors shall be extended to 30 days from the rescheduled Section 341 meeting of Creditors as to all creditors and parties in interest.

Failure to comply with the Court's Order will result in dismissal of the case without further notice or hearing.

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Jerry-Robinson Bey  
    Debtor

Case No. 18-72918-FJS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-8    User: paizl    Page 1 of 1    Date Rcvd: Nov 08, 2018  
    Form ID: pdford9    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.  
db    +Jerry-Robinson Bey,   3837 Peach Orchard Circle,   Portsmouth, VA 23703-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg    +E-mail/Text: ustpregion04.no.ecf@usdoj.gov Nov 09 2018 03:33:01    UST smg Norfolk,  
    Office of the U. S. Trustee,   200 Granby Street, Room 625,   Norfolk, VA 23510-1814  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:  
    Clara P. Swanson    clara.swanson@verizon.net,   clarapswanson@yahoo.com;va10@ecfcbis.com  
    John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov  
    TOTAL: 2