# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Norfolk ▼ Division

In re   Jerry-Robinson Bey                                              Case No. 18-72918-FJS

                    Debtor(s)                                            Chapter  7

Last four digits of Social-Security (SSN) No(s).:  9780
Last four digits of Individual Taxpayer-Identification (ITIN) No(s).: _____
Employer Tax-Identification (EIN) No(s).: _____

```
NORFOLK DIVISION
F           F
I  NOV 1 5 2018  I
L           L
E           E
D           D
   CLERK
U.S. BANKRUPTCY COURT
```

[If Applicable]  Applies only to:

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

   **NOTICE IS HEREBY GIVEN** that the meeting of creditors has been rescheduled to December 12, 2018 at 3:00 p.m.   , and will be held at the Office of the United States Trustee at 200 Granby Street, Room 120, Norfolk, Virginia  23510                                         ▼.

   *[Chapter 13 Case Only]* **NOTICE IS FURTHER GIVEN** that pursuant to Local Bankruptcy Rule 3015-2(E), objections to confirmation of the Chapter 13 Plan or to related motions shall be filed not later than 7 days prior to the date set for the confirmation hearing. Timely filed objections will be heard at the confirmation hearing which has been rescheduled for _____ at _____ o'clock ____ at _____.

In the Richmond and Alexandria Divisions, the Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. In the Norfolk and Newport News Divisions, a confirmation hearing will be held even if no objections have been filed.

   Except for the dates and times set forth above, all other deadlines as set forth in the original notice of meeting of creditors in this case remain in full force and effect.

   *[If appropriate]* **NOTICE IS FURTHER GIVEN** that, _____,
has been appointed Substitute Interim Trustee of the estate of the above-named debtor(s) by the United States Trustee.

                                                NOTICE GIVEN BY

Date: 11/13/2018                                *Jerry-Robinson Bey*
                                                Counsel for Debtor(s) *[or pro se Debtor(s)]*
                                                Address:  3837 Peach Orchard Circle
                                                              Portsmouth, VA. 23703
                                                State Bar Number:
                                                Telephone Number: (757) 515-7447

### PROOF OF SERVICE
I hereby certify that a copy of the foregoing notice was mailed to the debtor(s), Trustee, or *[if appropriate]* Substitute Interim Trustee, United States Trustee, and all creditors and parties in interest in the above case, as set forth on the attached list of names and addresses. *[If the number of persons and parties served is twenty-five or fewer, service copies shall contain a complete certificate of service, including names and addresses of parties served. If service is made on more than twenty-five persons or parties, the certificate of service attached to the service copies need not contain the complete list of names and addresses, but may reference a service list attached to the original filed with the court.]*

Date:  11/13/ 2018                              *Jerry-Robinson Bey*
                                                Counsel for Debtor(s) *[or pro se Debtor(s)]*

                                                                        [nrsch341 ver. 10/18]

List of Creditors

Virginia Department of Taxation Bankruptcy Unit
P.O. Box 2156
Richmond, VA 23218


EQUIANT FINANCIAL SERVICES
5401 N PIMA RD STE 150
SCOTTSDALE, AZ 85250


CAPITAL ONE BANK USA
10700 Capital One Way
Richmond, VA 23060


CHASE/BANK ONE CARD
P.O. BOX 15298
WILMINGTON, DE 19850


FINGERHUT/WEBBANK
6250 Ridgewood Rd
Saint Cloud, MN 56303


Hampton VA Medical Center
100 Emancipation Drive
Hampton, VA 23667


FSB BLAZE CREDIT CARD
500 E. 60th Street
SIOUX FALLS, SD 57104


METABANK CAPITAL CREDIT CA
P.O. Box 5065
Sioux Falls, SD 57117


AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998


CITICARDS CBNA
P.O. Box 6241
SIOUX FALLS, SD 57117

List of Creditors

Virginia Department of Taxation Bankruptcy Unit
P.O. Box 2156
Richmond, VA 23218


EQUIANT FINANCIAL SERVICES
5401 N PIMA RD STE 150
SCOTTSDALE, AZ 85250


CAPITAL ONE BANK USA
10700 Capital One Way
Richmond, VA 23060


CHASE/BANK ONE CARD
P.O. BOX 15298
WILMINGTON, DE 19850


FINGERHUT/WEBBANK
6250 Ridgewood Rd
Saint Cloud, MN 56303


Hampton VA Medical Center
100 Emancipation Drive
Hampton, VA 23667


FSB BLAZE CREDIT CARD
500 E. 60th Street
SIOUX FALLS, SD 57104


METABANK CAPITAL CREDIT CA
P.O. Box 5065
Sioux Falls, SD 57117


AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998


CITICARDS CBNA
P.O. Box 6241
SIOUX FALLS, SD 57117

List of Creditors

P.O. BOX 965024
ORLANDO, FL 32896


SunTrust Bank
VA-Richmond-9292
P.O.st Office Box 27572
Richmond, VA   23261

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 18-72918-FJS
Jerry-Robinson Bey                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8            User: paizl              Page 1 of 1              Date Rcvd: Aug 21, 2018
                                Form ID: VAN062          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db           +Jerry-Robinson Bey,    3837 Peach Orchard Circle,    Portsmouth, VA 23703-2510
14499215     +AMERICAN EXPRESS,    P.O. BOX 981537,    EL PASO, TX 79998-1537
14499210     +CHASE/BANK ONE CARD,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
14499216     +CITICARDS CBNA,    P.O. Box 6241,    SIOUX FALLS, SD 57117-6241
14499208     +EQUIANT FINANCIAL SERVICES,    5401 N PIMA RD STE 150,    SCOTTSDALE, AZ 85250-2630
14499223     +Emergency Physicians of Tidewater,    P.O. Box 603325,    Charlotte, NC 28260-3325
14499213    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: FSB BLAZE CREDIT CARD,    500 E. 60th Street,
               SIOUX FALLS, SD 57104)
14499212     +Hampton VA Medical Center,    100 Emancipation Drive,    Hampton, VA 23667-0001
14499221     +Iowa College Acquisition Corp Kaplan,    P.O. Box 201702,    Dallas, TX 75320-1702
14499214     +METABANK CAPITAL CREDIT CA,    P.O. Box 5065,    Sioux Falls, SD 57117-5065
14499220      Pay Pal Credit,    P.O. Box 712020,    Charlotte NC 28272
14499227     +SunTrust Bank,   VA-Richmond-9292,    P.O.st Office Box 27572,    Richmond, VA 23261-7572
14499207     +Virginia Department of Taxation Bankruptcy Unit,    P.O. Box 2156,    Richmond, VA 23218-2156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14499209     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2018 03:01:38     CAPITAL ONE BANK USA,
               10700 Capital One Way,    Richmond, VA 23060-9243
14499217      E-mail/Text: mrdiscen@discover.com Aug 22 2018 02:55:51     DISCOVER BANK,    P.O. Box 15316,
               Wilmington, DE 19850
14499211     +E-mail/Text: bnc-bluestem@quantum3group.com Aug 22 2018 02:57:33      FINGERHUT/WEBBANK,
               6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
14499219     +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2018 03:01:52      SYNCB/BP,    P.O. Box 965015,
               Orlando, FL 32896-5015
14499222     +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2018 03:01:53      SYNCB/LOWES,    P.O. Box 965036,
               Orlando, FL 32896-5036
14499226     +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2018 03:01:52      SYNCB/WAL-MART,    P.O. BOX 965024,
               ORLANDO, FL 32896-5024
14499225     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 22 2018 02:55:46
               Verizon,    500 Technology Drive,,    Suite 550, Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14499218*    +AMERICAN EXPRESS,    P.O. BOX 981537,    EL PASO, TX 79998-1537
14499224*    +CAPITAL ONE BANK USA,    10700 Capital One Way,    Richmond, VA 23060-9243
                                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
              Clara P. Swanson     clara.swanson@verizon.net,    clarapswanson@yahoo.com;val0@ecfcbis.com
              John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov
                                                                                             TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
600 Granby St., Room 400
Norfolk, VA 23510

## NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name: Jerry-Robinson Bey

Case Number: 18-72918-FJS                     Date Filed: August 20, 2018

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005-2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures.**

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point-to-Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single-sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: August 21, 2018                     William C. Redden
[VAN062vMay2015.jsp]                       Clerk of the Bankruptcy Court

## CERTIFICATE OF SERVICE

I, declare and certify, under penalty of perjury, that on November 14[th.] a copy of: Notice of Rescheduled Meeting of Creditors and List of Creditors was mailed to:

Clara P. Swanson Trustee
708mThimble Shoals Blvd, Suite 1
Newport News. Virginia 23606

United States Bankruptcy Court **(Originals)**
Eastern District of Virginia
600 Gandby Street, 4th floor
Norfolk, VA 23510

and to all Creditors by USPS.

*Jerry-Robinson Bey*
Jerry-Robinson Bey
3837 Peach Orchard Circle
Portsmouth, VA 23703
(757) 515-7447